JS - 6

FILED: 10/15/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MUNNEMANN ) | |
| ) | |
| Plaintiff, ) | CASE NO. CV 11-10462 GHK (AGRx) |
| ) | |
| vs. ) | |
| ) | |
| THE LINCOLN NATIONAL LIFE ) | **ORDER OF DISMISSAL** |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

Dated: 10/15/12

_____
GEORGE H. KING
Chief United States District Judge