JS - 6

**FILED: 10/15/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MUNNEMANN ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE LINCOLN NATIONAL LIFE ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV 11-10462 GHK (AGRx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

Dated: 10/15/12

GEORGE H. KING
Chief United States District Judge